No. 98–944. FISHER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.

No. 98–946. SHLIKAS *v.* WAKE FOREST UNIVERSITY ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–948. JACKSON *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 98–953. BOWMAN *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.

No. 98–955. THAI *v.* BOARD OF REVIEW, NEW JERSEY DEPARTMENT OF LABOR. Super. Ct. N. J., App. Div. Certiorari denied.

No. 98–973. BOUCHAT *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 98–5607. DONALDSON *v.* DEPARTMENT OF AGRICULTURE. C. A. 6th Cir. Certiorari denied.

No. 98–5816. IYEGHA *v.* UNITED AIRLINES, INC. Sup. Ct. Ala. Certiorari denied.

No. 98–6016. SANTA MARIA-MARTINEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–6100. EDGE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–6148. PERCESEPE *v.* NEW YORK STATE DEPARTMENT OF LABOR ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–6161. HOLLY *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 98–6208. NEELY *v.* NEWTON, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–6365. EVEHEMA ET AL. *v.* INDIAN HEALTH SERVICES ET AL. C. A. 9th Cir. Certiorari denied.